LAW OFFICES OF ALONZO GRADFORD
426 14th Street, Ste. 210
Modesto, California 95354
209/408-0342 (office); 209/408-0797 (fax)

Attorneys for Defendant HENRY NG

FILED
JUL 21 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA | Case No. 3:10-cr-00104-SI |
|---|---|
| vs. | **STIPULATION AND [PROPOSED] ORDER** |
| YEUNG at al. | |
| Defendant. | |

On March 4, 2010, Defendant Henry Ng was released on a $500,000 surety bond, $150,000 of which was secured by a bail bondsman. The Order Setting Conditions of Release and Appearance Bond also set forth other release conditions. Mr. Ng has complied with all of the conditions set forth in the aforementioned order, and continues to be in good standing.

Therefore, for good cause shown, it is hereby stipulated by the parties that Mr. Ng's release conditions be modified as follows:

1. Any property, cash, or bond posted to secure the $150,000 portion of the release and appearance bond will be released;
2. Mr. Ng will remain on the bond as the sole surety, subject to all other conditions set forth in the March 4, 2010 Order Setting Conditions of Release and Appearance Bond; and
3. All other sureties will be released from their obligations under the March 4, 2010 Order Setting Conditions of Release and Appearance Bond.

Respectfully submitted,

Dated: July 11, 2011  By: _/s/ Alonzo Gradford_
Alonzo Gradford

Attorneys for Defendant
HENRY NG

**UNITED STATES ATTORNEY'S OFFICE**

Dated: July 11, 2011  By: _/s/ Matthew L. McCarthy_
Matthew L. McCarthy

Attorneys for Plaintiff
UNITED STATES OF AMERICA

1

## ECF ATTESTATION

I, Alonzo Gradford, attest that concurrence in e-filing this STIPULATION AND [PROPOSED] ORDER has been obtained from signatory Matthew L. McCarthy, in compliance with General Order 45, X.B.

Dated: July 11, 2011                   By:   */s/ Alonzo Gradford*
                                              Alonzo Gradford

## [PROPOSED] ORDER

FOR GOOD CAUSE SHOWN, the Court has hereby orders that:

1. Any property, cash, or bond posted to secure the $150,000 portion of the release and appearance bond is hereby released;
2. Mr. Ng shall remain on the bond as the sole surety, subject to all other conditions set forth in the March 4, 2010 Order Setting Conditions of Release and Appearance Bond; and
3. All other sureties are hereby released from their obligations under the March 4, 2010 Order Setting Conditions of Release and Appearance Bond.
4. All other Conditions of Release and Appearance, as set forth in Magistrate Judge Edward M. Chen's Order of March 4, 2010 remain in effect.

IT IS SO ORDERED.

Dated: July 21, 2011

Timothy J. Bommer
United States Magistrate Judge

HON. ~~MARIA ELENA JAMES~~
Chief Unites States Magistrate Judge

3